**Exhibit A to the Complaint**

**Location:** Los Angeles, CA  
**Total Works Infringed:** 68  
**IP Address:** 23.243.188.38  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6A44E1DC54DB6A93ABF7D651B14DD08D11353CB8<br>File Hash: 3046101D89A88CB52506D12E234240063837249B7F2DCE89B678415C9257F75E | 12/21/2019 19:08:39 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 2 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash: DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 12/08/2019 22:01:48 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 3 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 12/08/2019 20:50:02 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 4 | Info Hash: B32F801C60CBF97AEAC7342AD563D34DDCFC228C<br>File Hash: 79D5BFD438E9B59F937689D76AB3CDE9A5851E28C7894A456A1604E6263C8C08 | 12/07/2019 19:07:35 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 5 | Info Hash: D60A816D4C169B4B25EE36DAA2B2C7E67E345BC0<br>File Hash: 68A67F46FB1E1CFE391214DAE5D0304A2436100531151112AB5856FC17240CDF | 11/28/2019 20:17:28 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 6 | Info Hash: 00D4C51A29C9BECB409301B771D686F17B05B89B<br>File Hash: 2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 11/22/2019 04:24:25 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 7 | Info Hash: ED5D228423F6688187B1663319514A65E2F5DE14<br>File Hash: 2EEBF3BF6B38D0CCC7D8D23D6C0C586557B0D5E179EBCCE0AA3691A4329D2BC9 | 11/11/2019 17:59:10 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 8 | Info Hash: 49E920F163B2C9EF2C175D4BDFA8E00D957F0478<br>File Hash: EC0A7B41FAC1631FA099BE682C6FD8A4C367B0A6C18AE62A24E272827DF7BA5D | 11/03/2019 20:01:17 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 11/02/2019 01:00:43 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 10 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 10/27/2019 19:53:57 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 11 | Info Hash: 008E36A21FA419F76843CF7BA298AF41ED398337<br>File Hash: 4CE15FD9E42FF418C4D7304858BD4421476C9178E2A04FF42BD756911CBD4721 | 10/12/2019 17:44:32 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 12 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 10/12/2019 17:38:35 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 13 | Info Hash: 73DFB9E01775300A351722EFAA0DAD384952EBF0<br>File Hash: BC069A88481A788CCFC4E186459FE4F3384DC7AB48F6D46CFF338AE125CADC4E | 10/12/2019 17:35:16 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 14 | Info Hash: 17BB3B0967A7E4F30C1180FE82B85D69B848B7EF<br>File Hash: 11F0CA1ED541102FA197DF6D69D4AED9995DDBA853BED94A3D51E3026C1EB49E | 09/29/2019 06:04:11 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 15 | Info Hash: 48CB4C30D04660582C75639C2DCC4DCAD30E4C38<br>File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 09/28/2019 22:17:18 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 16 | Info Hash: 7D0D6DA35D52C71A720392F45BDE107C238414E5<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 09/28/2019 18:35:06 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 17 | Info Hash: B606ABAA47476F9563F9F17086AF3C58F57D4960<br>File Hash: F950B702A847AF99FCD90A04BEA848594B121365C3E9ED0475DB8E58B03861B8 | 09/28/2019 18:26:15 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D880D2920B3B50CB74EA547BBAD4E5AA9B765855<br>File Hash: F3A78F1C54CC6619EFF000676A9B2F27BFB1A2433BC079B914CE05722006A6B2 | 09/28/2019 18:25:00 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 19 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 09/22/2019 23:19:03 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 20 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09/22/2019 22:59:45 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 21 | Info Hash: 88F141141A30BFF7CE73552E3E170D8D0E470CBF<br>File Hash: 6CFB005BCB1E24E00A4576CEAF6D98313DD3547CA42A84CDB271025F6B1349CE | 09/22/2019 17:22:41 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 22 | Info Hash: 2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 09/22/2019 17:11:49 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 23 | Info Hash: 6A9C3A31CC22405729F230BE6332DE0A31F7BB38<br>File Hash: DE864C21C0DFA3742AEC23B95F6C8923074845FBA3A4CD279078B5046D7C4BE7 | 09/22/2019 17:09:41 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 24 | Info Hash: D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A<br>File Hash: 5357F350DC180E4750FE7271AC4CB372166EC9146B7D55BDECAD6AD041C6872F | 09/22/2019 17:09:04 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 25 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 09/22/2019 17:07:46 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 26 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 09/14/2019 20:34:38 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0<br>File Hash: 9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | 09/14/2019 20:34:20 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 28 | Info Hash: EC432D8D71F5AB0CE83147F50B0873710BD1EC03<br>File Hash: D8B650B961312931C2DB40CEFBC8476D837B1DB948A7F9FDC5AD63147B42E960 | 09/14/2019 20:33:25 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 29 | Info Hash: 78C694B5EFF2DB0909579A63EF78E5F1A36D21CA<br>File Hash: 544B745FA67E6DE0E35C38F887DC98DDDEE9043B54C6762D068EC3CF0DE65E62 | 09/08/2019 05:41:31 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 30 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 09/08/2019 05:29:14 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 31 | Info Hash: C4A30E1E761593D47F7C6DB568CD95BF751EA502<br>File Hash: 370B4B5B857F40AE5E5A06F8678CD6DA29A3DADB10E914DE2C172C7FA1FBF7F9 | 09/01/2019 19:07:22 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 32 | Info Hash: 865C77D4D67B9D73EA0250D193D5DC42C1228603<br>File Hash: 00E6D0D63A32AB4223973A775012F3FD5C9303212325740B9E2EFBC3D43B467D | 08/23/2019 19:41:09 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 33 | Info Hash: 9796CE97D9F29A0EA166C36B58F2F5DA47B36C08<br>File Hash: 0D0F28FF139BD85DA6671F1D3214C88E7C7EE7339C6B5F6308AECFFDC303E82C | 08/18/2019 21:31:59 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 34 | Info Hash: 8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash: 3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 08/18/2019 21:28:40 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 35 | Info Hash: 88CC37185550B7F47C66918862B844C8056F3C00<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 08/18/2019 21:23:46 | Tushy | 07/05/2018 | 08/07/2018 | PA0002132399 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6460534667C9B87F796BC4851C96677D2FC64AF9<br>File Hash: 5537C227C4C3EECB6B42F9BE8B477F18A09FCA52B3CC433312CEC96CBAD4ADE7 | 08/18/2019 21:23:14 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 37 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 08/04/2019 19:08:14 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 38 | Info Hash: 022342FC7077A111F1422A99C31FD89D147FE619<br>File Hash: 1AFD0B4BF515C6F0E73E86CEACA1A7A84E69C12C46E5AC156B2E2B57EA5F44DC | 07/27/2019 19:48:36 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 39 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 07/27/2019 19:47:39 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 40 | Info Hash: 576A4437D472390C262B8740FC8804E887587AE0<br>File Hash: F8262F2B67B0468A2D9718D69433ECEA0C79480775A13AD1AEFC9355CAA3890F | 07/27/2019 19:46:27 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 41 | Info Hash: 9BE2AE8D6831BC116B0A33310FE810DAD8533831<br>File Hash: B06FBDC51ECFA63AB6B55910ED8E2DF6D7C1AAE706BFD037163C709CC538C720 | 07/27/2019 19:45:47 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 42 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07/27/2019 19:37:30 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 43 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 07/20/2019 17:49:49 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 44 | Info Hash: 5FA53F3F9DF36A9FA9F1663F04D7D2BD363392E1<br>File Hash: E4A2B354D5B23C8E84EFC4269D513BB3977DF92A037301E884C14BE5C9147CF7 | 07/14/2019 18:06:14 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD<br>File Hash: 4935163A217198691CADDA55CB995370D889F5FCF8CE7C84586CBEA16863369F | 07/14/2019 17:56:12 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |
| 46 | Info Hash: 82980AB876C2E0D6AD6D7D00937AD920F8211267<br>File Hash: EC0188942436E345833E4B637642A83B850471132EE8338BD89D3926B8E17343 | 07/14/2019 17:51:56 | Blacked | 07/09/2019 | 09/10/2019 | PA0002199416 |
| 47 | Info Hash: 36602A2A8598380F67FF6FCEBD7FCD97ED374F38<br>File Hash: 62688AEF51ECA70C40A82C45825BF0DCE86FBEAA7A4CFFCC5BF4225C15652B8C | 07/14/2019 17:45:12 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 48 | Info Hash: 8C66EB037AA13EF5404DD5106524B45219995A9C<br>File Hash: FDFB0E5888D040B2F5B24B603D5AAD2A3F4208F64D00083B66FFD7B8E69218DF | 07/14/2019 17:44:18 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 49 | Info Hash: 289FE7D65DFCFACB416832D12862105A2762841A<br>File Hash: 3DD8829105E9885D5D30BCF834EDE3769C1A9E543FBE7501F41245A41A96922B | 07/13/2019 18:12:17 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 50 | Info Hash: 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658<br>File Hash: EE61A84D0A948253FD2F89A37ADDACF7AEC34DAB37A805E22DB0402EB300FC11 | 07/13/2019 18:10:39 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 51 | Info Hash: 4A18442901D044C4BD730B2D0D8E716D01A32DD1<br>File Hash: 3E977535501DF46B6E16214BDB9DB4EC0FB5941C2D4C98140EF0E9362F46B509 | 07/04/2019 20:28:30 | Tushy | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 52 | Info Hash: 958114234F010ED12787587C6B9FA13E19388CF1<br>File Hash: 17C933C89E74662BB0E434F950700350EFBF8409B3B5B23B799B9C7E11D2DFA7 | 06/30/2019 22:17:03 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 53 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 06/30/2019 22:06:57 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 6224B03F4F05E4E513435061AB1BBAB52CE93B5B<br>File Hash: 86A0D3AF33018880E63E10DCB1E95079B9951A8B2B0350554F6F1D45FAF35B73 | 06/23/2019 19:58:56 | Vixen | 06/03/2019 | 07/17/2019 | PA0002188305 |
| 55 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 06/23/2019 18:45:29 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 56 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 06/23/2019 02:33:33 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 57 | Info Hash: 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86<br>File Hash: F0E952820D4B750DE22C6F982D2C2D3473EF54945AB23956AF3F22260039AA80 | 06/23/2019 01:27:12 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 58 | Info Hash: 2822E7D16E202BD716A86EF423710535662C3AF0<br>File Hash: 44E664181AB1F3E147B43845EDC244FAE53E8309BCF7C25EF1352D255AD924A9 | 06/23/2019 00:45:42 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 59 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 06/15/2019 19:32:33 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 60 | Info Hash: A8A900F68D1470DE418DD2185447666C868F45CD<br>File Hash: 4088203106C9904C556319D77A7C8FC3363F3842B21D17A0DDA94A76A6DD8FA6 | 06/15/2019 19:31:47 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 61 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 06/15/2019 19:27:14 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 62 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 06/15/2019 19:26:53 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 06/01/2019 20:26:02 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 64 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 06/01/2019 18:48:51 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 65 | Info Hash: 7724965CFD0EFA204861E4994E4C375734FAC910<br>File Hash: 286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 05/23/2019 02:41:03 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 66 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 05/23/2019 02:38:18 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 67 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 05/18/2019 17:47:48 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 68 | Info Hash: C43143740AC2FDF8A9A8CB08ED45FB335BA1C09C<br>File Hash: 377C52756CE6855395DC468D8EB65E00DFA582571ADB6D4D951040C2BC7AFA82 | 03/18/2019 02:42:38 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |